

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:SP
F. #2023R00375

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 20, 2023

<u>By ECF and Hand Delivery</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. James Young</u>
     <u>Criminal Docket No. 23-475 (DLI)</u>

Dear Judge Irizarry:

  The government respectfully submits this letter to provide a further update regarding the status of the above-referenced defendant's transfer to a medical facility.

  MDC counsel has confirmed to the government that the defendant has been assessed by medical staff at the medical facility previously identified under seal to the Court and defense counsel ("the Facility"), and that he was admitted with a care plan that includes rehabilitative therapy and laboratory testing.

  Going forward, the government will file a status report on a weekly basis by the end of each Wednesday, beginning on December 27, 2023, even if there is no new information to report, or subject to such other schedule as the Court may direct.

  The government also respectfully requests that the Court order the Bureau of Prisons and the United States Marshals Service not to transport or discharge the defendant from the Facility, absent emergency circumstances, without 48 hours' notice to the Court, the defense,

and the government, so that the Court and the parties may have the opportunity to address such transfer.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:   /s/ Stephanie Pak
       Stephanie Pak
       Assistant U.S. Attorney
       (718) 254-6064

cc:    Clerk of the Court (DLI) (by ECF and Hand Delivery)
       Allegra Glashausser, Counsel for the Defendant (by ECF)