

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMH:SP                                          *271 Cadman Plaza East*
F. #2023R00375                                  *Brooklyn, New York 11201*

March 14, 2024

<u>By ECF and Hand Delivery</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:     United States v. James Young
                  <u>Criminal Docket No. 23-475 (DLI)</u>

Dear Judge Irizarry:

          The government respectfully submits this letter to inform the Court that the defendant was discharged from Windsor Nursing Home ("Windsor") and returned to the custody of the MDC at approximately 7:00 p.m. this evening.

          The government learned of this information from the United States Marshals Service ("USMS") this evening shortly after the defendant had been taken into MDC custody. According to the USMS, the USMS informed the government and defense counsel of the defendant's discharge as soon as the USMS had learned of the discharge from Windsor. The undersigned has therefore contacted Windsor and MDC counsel to inquire as to the circumstances behind the defendant's discharge in light of Your Honor's December 21, 2023 standing order. <u>See</u> ECF No. 25.

          The government will provide a further update to the Court with further information by close of business tomorrow, March 15, 2024. Alternatively, the government

respectfully proposes scheduling a status conference to understand the circumstances that led to the defendant's discharge from Windsor.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/ Stephanie Pak
Stephanie Pak
Assistant U.S. Attorney
(718) 254-6064

cc:    Clerk of the Court (DLI) (by ECF and Hand Delivery)
Allegra Glashausser, Counsel for the Defendant (by ECF)