

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:SP  *271 Cadman Plaza East*
F. #2023R00375  *Brooklyn, New York 11201*

March 20, 2024

<u>By ECF and Hand Delivery</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. James Young</u>
     <u>Criminal Docket No. 23-475 (DLI)</u>

Dear Judge Irizarry:

  The government respectfully submits this letter as proposed in its December 20, 2023 letter (ECF No. 23) apprising the Court as to the defendant's status.

  The defendant remains in the custody of the MDC, since the government alerted the Court of the defendant's transfer on Thursday, March 14, 2024. ECF No. 43. The government filed a letter updating the Court as to the information it learned from Windsor Nursing Home and the MDC on Friday, March 15, 2024, and has no new information since that letter. ECF No. 44. The parties are scheduled to appear before Your Honor this Friday, March

22, 2024, along with representatives from MDC's Legal and Health Departments, to discuss the defendant's status further.  See Minute Entry (Mar. 18, 2024).

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                        By:     /s/ Stephanie Pak
                                              Stephanie Pak
                                              Assistant U.S. Attorney
                                              (718) 254-6064

cc:      Clerk of the Court (DLI) (by ECF and Hand Delivery)
           Allegra Glashausser, Counsel for the Defendant (by ECF)