UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                           23-CR-00475 (DLI)

JAMES YOUNG,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Elizabeth D'Antonio from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Elizabeth D'Antonio
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Desk: (718) 254-6416
> Cell: (347) 675-6258
> Email: elizabeth.d'antonio@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Elizabeth D'Antonio at the email address set forth above.

Dated:    Brooklyn, New York
          June 28, 2024

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                              By:     /s/ Elizabeth D'Antonio
                                            Elizabeth D'Antonio
                                            Assistant U.S. Attorney

cc:     Clerk of the Court (DLI)